# EXHIBIT A

M Gmail                                                                                                    CUSTOMER SOLUTIONS <customersolutionsinc@gmail.com>

**RE: Final Expense Results**
1 message

Shaun Eddy <shaun.eddy@insurance-supermarket.com>                                                          Wed, Jul 20, 2022 at 6:46 PM
To: customersolutionsinc@gmail.com



Thank you Josh for speaking with me today!
It was great discussing your goals.

Here's what you approved for:

Easy LIfe Whole Life Insurance by EMC National Life



- Day 1 Coverage
- The plan provides lifetime coverage, with no expiration.
- Level premiums with no price increases over time.
- Cash Account that builds up over time
- Terminal Illness Rider



The monthly premium for $50,000 of coverage is $83.20

Start Date: 7/22/22
Policy ID: IS2236572

Thank you again Josh for speaking with me today. If you have any questions, you can feel free to reach out to me. I look forward to continuing helping you and your family with your insurance needs.

Please let me know you got this.

Shaun Eddy
Senior Insurance Advisor
(855) 490-3645
NPN: 17218119
FL License: W847889

Agent verification: https://sbs.naic.org/solar-external-lookup/
OR contact your state insurance department (850) 413-3136.

2 attachments

📎 EasyLife Brochure.PDF
   468K

📎 FL license.pdf
   117K




# Easy Life
## Your Legacy. Well Planned.

## Affordable Protection for Long-Term Needs:

**Final expenses**

**Lifetime protection**
*(if all premiums are paid)*

**Builds cash value that can be used as an emergency fund**

**Options for the future**
*(surrender value or reduced paid-up insurance)*

## The Power of Peace of Mind

Planning for final expenses, covering debts and leaving a legacy are stressful decisions many people avoid. However, making choices about these matters does not have to be difficult.

EMC National Life has a simple solution—Easy Life. You may believe that obtaining life insurance becomes more difficult as you get older. While that may be the case for other insurance products, Easy Life is designed to keep things simple.

Easy Life does not require a medical exam. The process is easy; you complete a basic application and, if you qualify, coverage is swiftly issued. This policy provides a guaranteed death benefit and guaranteed cash values. By selecting a coverage amount that meets your planning needs, Easy Life will give you peace of mind that your obligations have been met.

## Policy Highlights:

- No medical exams
- Simplified underwriting
- Short form application
- Issue ages 18-80
- Face amounts from $5,000 - $100,000*
- Guaranteed cash values, level death benefit and level premiums
- Accelerated Death Benefit and Seat Belt Benefit Riders included at no additional cost in states where approved

*Maximum benefit amount varies by issue age
Easy Life is policy form ICC21ELP054/ELP054. See form for complete details. Form may vary or be unavailable in some states.



PO Box 9202
Des Moines, IA 50306-9202
800-232-5818
EMCNationalLife.com

**COUNT ON EMC TO MAKE LIFE EASY.**

EMK386 (12-21)
EMC, flag design and *Count on EMC* Reg. U.S. Pat. & Trm. Off.