# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 6-22-cv-01337-WWB-EJK |
| | ) |
| INSURANCE SUPERMARKET | ) |
| INC., a Delaware corporation, and | ) |
| EMC NATIONAL LIFE | ) |
| COMPANY, an Iowa corporation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, INSURANCE SUPERMARKET, INC. ("ISI"), and EMC NATIONAL LIFE COMPANY ("EMC") (collectively, "Defendants"), by and through its undersigned counsel, hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03:

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case:

      **a. Insurance Supermarket, Inc. – Defendant**

      **b. EMC National Life Company – Defendant**

      c. **EMC National Life Mutual Holding Company – Majority owner of EMC National Life Company**

      d. **Employers Mutual Casualty Company – 49% owner of EMC National Life Company's common voting stock.**

      e. **Amanda A. Simpson – counsel for Defendants**

      f. **R. Charles DiNunzio, Jr. – counsel for Defendants**

      g. **Jackson Lewis P.C. – counsel for Defendants**

      h. **Joshua Cacho – Pro se Plaintiff**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **Not applicable.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **None not already identified in response to Item No. 1.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

DATED this 27th day of October, 2022.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone:  (407) 246-8440
        Facsimile:    (407) 246-8441

By:    */s/ R. Charles DiNunzio, Jr.*
        Amanda A. Simpson
        Florida Bar No. 0072817
        amanda.simpson@jacksonlewis.com

        R. Charles DiNunzio, Jr.
        Florida Bar No. 1029108
        charles.dinunzio@jacksonlewis.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and a copy furnished by U.S. Mail to Joshua Cacho, Pro Se Plaintiff, 164 Estella Road, Lake Mary, FL 32746.

        */s/ R. Charles DiNunzio, Jr.*
        R. Charles DiNunzio, Jr.

4884-8623-9030, v. 2